IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KUANG-BAO P. OU-YOUNG,

    Plaintiff,

v.

BRUCE IVES AND F. JOSEPH WARIN,

    Defendants.

No. C 14-80343 WHA

**ORDER DENYING PRE-FILING REVIEW**

In December 2013, *pro se* Kuang-Bao P. Ou-Young was declared a vexatious litigant, in part, because of his history of suing various judicial officers, federal prosecutors, and federal court personnel, in this district. *See, e.g.*, *Ou-Young v. Potter, et al.*, No. 10-464; *Ou-Young v. Vasquez, et al.*, No. 12-2789; *Ou-Young v. Rea, et al.*, No. 13-3118; *Ou-Young v. Roberts, et al.*, No. 13-3676; *Ou-Young v. Roberts, et al.*, No. 13-4442 (Dkt. No. 40); *Ou-Young v. Roberts, et al.*, No. 14-80017; *Ou-Young v. Roberts, et al.*, No. 14-80018; *Ou-Young v. Roberts, et al.*, No. 14-80028; *Ou-Young v. Roberts, et al.*, No. 14-80029; *Ou-Young v. Roberts, et al.*, No. 14-80030; *Ou-Young v. Roberts, et al.*, No. 14-80174; *Ou-Young v. Breyer*, No. 14-80214; *Ou-Young v. Freeman*, No. 14-80215; *Ou-Young v. Roberts*, No. 14-80306; *Ou-Young v. Ives, et al.*, No. 14-80332; *Ou-Young v. Ives, et al.*, No. 14-80335.

On December 18, Mr. Ou-Young submitted a complaint for pre-filing review. The Court has reviewed the complaint and finds that it does not state a cognizable claim. Indeed, this is now the third time Mr. Ou-Young has tried to submit this complaint. On both prior occasions, he was denied leave to file this complaint. *Ives*, No. 14-80332; *Ives*, No. 14-80335. The Clerk shall not accept this complaint. This action is **DISMISSED**.

**IT IS SO ORDERED.**

Dated: December 18, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE